UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC
DEC 4 2007
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN RE:                )    MISC. NO. 3:07 Mj 243
                      )
                      )
SEARCH WARRANT        )    ORDER SEALING SEARCH WARRANT
                      )    AFFIDAVIT AND APPLICATION

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrant Affidavit and Application be unsealed,

**IT IS HEREBY ORDERED** that the Search Warrant Affidavit and Application be unsealed.

This the 4th day of December, 2007.

_Carl Horn, III_
UNITED STATES MAGISTRATE JUDGE